# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SEAN DONAHUE,

    Plaintiff,

V.

UNITED STATES SECRETARY
OF LABOR, et al.,

    Defendants.

3:17-CV-1759
(JUDGE MARIANI)

FILED
SCRANTON
NOV 1 4 2017

PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 13th DAY OF NOVEMBER, 2017, upon review of Magistrate Judge Carlson's Report & Recommendation, (Doc. 4), for clear error and manifest injustice,

**IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 4), is **ADOPTED** for the reasons stated therein.

2. Plaintiff's Complaint, (Doc. 1), is **DISMISSED WITHOUT PREJUDICE.**

3. Plaintiff may amend his Complaint within **twenty-one (21) days** from the date of this Order.

4. The case is **REMANDED** to Magistrate Judge Carlson for further proceedings consistent with this Order.

Robert D. Mariani
United States District Court Judge