# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SEAN DONAHUE,

    Plaintiff,

V.

UNITED STATES SECRETARY
OF LABOR, et al.,

    Defendants.

3:17-CV-1759
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 18th DAY OF DECEMBER, 2017, upon *de novo* review of Magistrate Judge Carlson's Report & Recommendation, (Doc. 7), **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation ("R&R"), (Doc. 7), is **ADOPTED** for the reasons stated therein.

2. Plaintiff's Objections, (Doc. 8), are **OVERRULED**. Plaintiff fails to cite any authority that supports his position that the R&R incorrectly applied the law. Upon close examination, the Court finds no errors in R&R's analysis or conclusions. To the extent that Plaintiff argues that the R&R relies on incorrect facts with respect to the circumstances surrounding his criminal convictions, the Court notes that the perceived errors that Plaintiff identifies are not material to the R&R's legal analysis and thus do not upset the validity of its conclusions.

3. Plaintiff's Amended Complaint, (Doc. 6), is **DISMISSED WITH PREJUDICE**.

4. To the extent that Plaintiff's Objections, (Doc. 8), may be construed as a Motion to Appoint Counsel, such motion is **DISMISSED AS MOOT**.

5. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Court Judge